| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TAICONE TRANEL STANFORD, §
§
   Plaintiff, §
§
versus § CIVIL ACTION NO. 1:07-CV-401
§
BUREAU OF PRISONS, *et al.*, §
§
   Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Taicone Tranel Stanford, an inmate confined at the Federal Correctional Complex, proceeding *pro se*, brought this lawsuit against the Bureau of Prisons, T.C. Outlaw, and six unknown officials.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 6th day of December, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE